UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>BARRY LEE BOWSER, JR.,<br><br>　　　　　Defendant. | 1:15-cr-88-LJO-SKO<br><br>MEMORANDUM DECISION AND ORDER RE PLAINTIFF'S MOTIONS IN LIMINE (Doc. 24) |

The Court rules on the Government's motions in limine (Doc. 24) as follows:

1. The Government's first motion in limine is GRANTED—depending on if the Defendant's "self-serving statements that [he] made to third parties," *id.* at 1, are used by the Government, <u>if</u> an exception to the hearsay rule is created, the Court will revisit the issue at the bench before reference can be made to the statements before the jury.

2. The Government's second, third, and fourth motions in limine are GRANTED.

IT IS SO ORDERED.

　Dated: __May 28, 2015__　　　　　　　　　__/s/ Lawrence J. O'Neill__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1