UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BARRY BOWSER, JR.,<br><br>　　　　Defendant. | 1:15-CR-00088 LJO<br><br>ORDER AFTER IN CAMERA INSPECTION OF KERN COUNTY SHERIFF'S DEPT RECORDS |

　　　On June 4, 2015, the Court received and reviewed personnel records from the Kern County Sheriff's Department for Deputies Kevin Austin and Jeremy Storars. The records were produced *in camera* in response to a subpoena issued at the request of Assistant Federal Defender Janet Bateman, counsel for Defendant Bowser. The documents received were accompanied by the appropriate Declaration of the Custodian of Records, Michael J. Mahoney of the Kern County Sheriff's Office, dated June 1, 2015. After a complete and thorough review of the records provided on each deputy sheriff, the Court finds that none of the records received pertained to truthfulness, allegations of false arrests, or improper interrogation. As a result, no records are ordered released.

**IT IS SO ORDERED**
**Dated: June 4, 2015**

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**