## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>BARRY LEE BOWSER, JR.,<br><br>            Defendant. | 1:15-cr-0088 LJO SKO 1<br><br>**ORDER PURSUANT TO IN CAMERA INSPECTION OF POLICE RECORDS** |

The Court has received and reviewed (In Camera) the response of the Bakersfield Police Department to the subpoena issued June 1, 2015 for the records of Police Officers J. Amos (#1074) and E. Celedon (#1201).  The response was received and reviewed in chambers on June 15, 2015, having been received by the Clerk's Office of the Court on June 12, 2015.  The response is in full compliance with the subpoena.

There were no such records in existence for Officer E. Celedon.

There were records that fit into the broad categories of the subpoena for Officer J. Amos.  Upon review of those very few documents, the Court concludes that they are not relevant in any way to the type of facts/pertinent law found in the instant case, and have nothing to do with truthfulness, improper interrogation or false arrest allegations.

There are no documents to be ordered to be discovered.

IT IS SO ORDERED.

Dated:   **June 15, 2015**                      /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE

1