DONNY YOUNGBLOOD  
Sheriff-Coroner  
Public Administrator

SHERIFF'S OFFICE  
COUNTY OF KERN

Telephone (661) 391-7500





FILED  
JUN 23 2015  
CLERK, U.S. DISTRICT COURT  
EASTERN DISTRICT OF CALIFORNIA  
BY _____  
DEPUTY CLERK



1350 Norris Rd  
Bakersfield, California 93308-2231

## DECLARATION

Title of Action: **United States of America v. Barry Lee Bowser, Jr.**

Number of Action: **1:15-CR-00088 LJO-SKO**   Date of Court Order: **June 16, 2015**

Name of Party Obtaining Court Order: **Janet Bateman, Assistant Federal Defender**

I, Amber Hemingway, the undersigned, say:

1. I am the duly authorized custodian of the records of the Kern County Sheriff's Office Records Division, Crime Reports Unit and have authority to certify copies of these reports;

2. a. ___ The copies transmitted herewith are true and correct copies of all of the original records as described in the above named Court Order, insofar as the Kern County Sheriff's Office Records Division, Crime Reports Unit has such records.

    b. ___ The copies transmitted are true copies of part of the original records described in the subpoena. Portions of the record(s) requested have been withheld because:

    _____

    c. **X** No copies are transmitted herewith as;

      1. ___ No affidavit accompanying said Subpoena Duce Tecum.

      2. **X** The Kern County Sheriff's Office Records Section, Crime Reports Unit has none of the records as described in the above names subpoena. ***In regards to the incident report, please refer to Bakersfield Police Department case #BK14200549. Your request for Booking and Dispatch records will be responded to separately.***

      4. ___ California Code of Civil Procedure section 1985.4 requires consumer notice for records exempt from public disclosure under the Public Records Act and maintained by state or local agencies.

      5. ___ The records requested are not subject to discovery as they concern an on-going, open criminal investigation. (County of Orange v. Superior Court (2000) 79 Cal. APP.4th 759.)

3. The records referred to above were prepared by the personnel of the Kern County Sheriff's Office Records Section, Crime Reports Unit in the ordinary course of business at or near the time of the act, condition, or event.

Executed on, June 19, 2015, I declare under penalty of perjury that the above is true and correct.

_____   _____  
Signature of Declarant                          Sheriff's Senior Support Specialist  
                                                Title of Declarant

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| BARRY LEE BOWSER, JR. | ) | Case No.: 1:15-CR-00088 LJO-SKO |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: CUSTODIAN OF RECORDS
KERN COUNTY SHERIFF'S DEPARTMENT
1350 NORRIS ROAD
BAKERSFIELD, CA 93308-2231

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | UNITED STATES DISTRICT COURT 2500 TULARE ST., FRESNO, CA 93721 | Courtroom No.: 4 |
|---|---|---|
| | | Date and Time: 06/30/2015 8:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

IN LIEU OF PERSONAL APPEARANCE, PLEASE PROVIDE COPIES OF THE REQUSTED DOCUMENTS AS FOLLOWS BY JUNE 24, 2015:
Booking sheet for Barry Lee Bowser; Any reports, notes, dispatch, radio or other logs for Dep. Kevin Austin and Dep. Jeremy Storar relating to the lasing incident on September 12, 2014, and their prior mission that night relating to their search for an armed man; Any reports, notes, dispatch, radio, or other documentation relating to the Dep. Austin's or Dep. Storar's reporting of the lasing to any officers or agencies, including superior officers and/or the FAA.

(SEAL)

Date: JUN 1 6 2015

**Marianne Matherly, Clerk**

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* BARRY LEE BOWSER JR.
_____ , who requests this subpoena, are:

JANET BATEMAN, Assistant Federal Defender
Assistant Federal Defender
2300 Tulare Street, Ste. 330
Fresno, CA 93721
559-487-5561