1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  BAYLEIGH J. PETTIGREW
   Special Assistant United States Attorney
4  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
5  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
6

7  Attorneys for Plaintiff
   United States of America
8

9              IN THE UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,            CASE NO. 1:15CR88 LJO-SKO

13                 Plaintiff,             GOVERNMENT'S AMENDED EXHIBIT LIST

14        v.                              DATE: June 25, 2015
                                          TIME: 8:30 a.m.
15  BARRY LEE BOWSER, JR.,                COURT: Hon. Lawrence J. O'Neill

16                 Defendant.

17

18        The United States, by and through its undersigned counsel, hereby submits the following

19  amended list of exhibits it intends to introduce in its case-in-chief, as well as its exhibits for possible

20  rebuttal:[1]

21

| **EXHIBIT NO.** | **DESCRIPTION** | **IDENTIFIED** | **ADMITTED** |
|---|---|---|---|
| 1-a | Photograph of Air-1 | | |
| 1-b | Blow up of Gov. Ex. 1-a | | |
| 1-c | Photograph of Air-1 (different view) | | |
| 1-d | Photograph of Motorhome | | |

---

[1] This list has been amended to reflect the fact that 1-b is a blow up of 1-a, not 1.

| | | | |
|---|---|---|---|
| 2-a | Aerial View of KCSO Air Hangar and 3501 Sillect Ave., Bakersfield | | |
| 2-a-1 | Blow up of Gov. Ex. 2-a | | |
| 2-b | Aerial View of 3501 Sillect Ave., Bakersfield | | |
| 2-b-1 | Blow up of Gov. Ex. 2-b | | |
| 3-a | Bakersfield Police Department Dispatch Tape (Channel 1) of Laser Incident (Enhanced) | | |
| 3-a-1 | Bakersfield Police Department Dispatch Tape (Channel 1) of Laser Incident (Original Copy) | | |
| 3-b | Bakersfield Police Department Dispatch Tape (Channel 4) of Laser Incident (Original Copy) | | |
| 4 | Recording of Defendant's 9-12-14 Statement to BPD Officer Eric Celedon | | |
| 4-a | Transcript of Gov. Ex. 4 | | Intended to aid jury only |
| 4-b | Video Recording of Defendant's Booking on 9-12-14 | | |
| 5 | Video Recording of Defendant's 3-17-15 Statement to San Luis Obispo County Sheriff's Officer Greg Roach | | |
| 6 | Advice of Rights Form Dated 3-17-15 and Signed by Defendant | | |
| 7 | Recording of Defendant's 3-17-15 Statement to FBI | | |
| 8 | Records of California Department of Corrections and Rehabilitation Pertaining to Defendant's Forgery and Identity Theft Convictions, *i.e.* Defendant's 969(b) Package | | |
| 9 | Defendant's Fingerprint Card Taken 9-12-14 | | |
| 10 | Minute Order of Superior Court of California, County of Ventura, re: Defendant's 9/2/04 Guilty Plea to Identity Theft, in violation of Cal. PC 530.5(a), as Charged in Count One of Complaint | | |
| 11 | Complaint filed 8/11/04 in Superior Court of California, County of Ventura, Charging Defendant in Count One with Identity Theft | | |

Dated:  June 25, 2015

BENJAMIN B. WAGNER
United States Attorney
BAYLEIGH J. PETTIGREW
Special Assistant United States Attorney

By:  /s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney