**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **1:15-cr-00088-LJO-SKO \-1** |
| **Plaintiff,** | **ORDER ON DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL OR NEW TRIAL (DOC. 84)** |
| **v.** | |
| **BARRY LEE BOWSER, JR.,** | |
| **Defendant.** | |

The Court has received and reviewed the Defendant's pending alternative motions, along with the Government's opposition.

The factual issue is whether the defendant pointed the laser at the aircraft intentionally. Nobody contests that the defendant possessed the laser, nor that he was holding the laser when the laser hit the police helicopter twice. Nobody disputes that the jury decided the factual issue in its verdict in favor of the Government's Indictment.

Regarding allowing the expert, Dr. McLin, to testify at all, and/or letting him testify about certain aspects of lasers, there are no new issues raised in the instant motion that weren't already ruled upon during the pre verdict phases of trial.

The Court incorporates by reference the Government's opposition. That opposition is accurate, both in fact and in legal citation. It also fairly presents the direct and circumstantial (fair inferences)

evidence that was provided at trial.  The Court offers one addition:  On the motions concerning the expert's ability to testify, the Court did rule by implication by allowing Dr. McLin to testify as an expert, within appropriate limits.

The pending alternative motions are DENIED in their entirety.

IT IS SO ORDERED.

Dated: **August 3, 2015**           /s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE